**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELVIN JONES, | ) | No. CV 03-762-ODW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SILVIA GARCIA (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: November 4, 2008

_____
OTIS D. WRIGHT, II
United States District Judge

1